**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL W. HUDSON, | No. 12-15283 |
| Plaintiff - Appellant, | D.C. No. 1:08-cv-00249-AWI-JLT |
| v. | |
| TERRY BRIAN, Correctional Officer; ROBERT VOLKER, Correctional Officer, | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Anthony W. Ishii, District Judge, Presiding

Submitted March 12, 2013[**]

Before:     PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

Michael W. Hudson, a California state prisoner, appeals pro se from the

district court's judgment following a jury verdict in his 42 U.S.C. § 1983 action

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

alleging that defendants violated his First Amendment rights. We have jurisdiction under 28 U.S.C. § 1291. We dismiss.

We cannot review the district court's judgment because Hudson has failed to provide the relevant trial transcripts required to review the alleged errors. On May 10, 2012, this court denied Hudson's request for production of transcripts at the government's expense without prejudice to renewal, accompanied by a showing as to which portions of the transcript were necessary to decide the issues presented. Hudson did not renew his motion. Accordingly, we are unable to review his contentions challenging the district court's evidentiary rulings and denial of Hudson's new trial motion. *See* Fed. R. App. P. 10(b)(2); *Syncom Capital Corp. v. Wade*, 924 F.2d 167, 169 (9th Cir. 1991) (per curiam) (dismissing appeal by pro se appellant for failure to provide relevant trial transcripts).

**DISMISSED.**